**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maria A. Stitt <br>           Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 15-10445 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3393

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          jwarmbrodt@kmllawgroup.com
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: 215-825-6306
                                          Fax: 215-825-6406
                                          Attorney for Movant/Applicant