IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Maria A Stitt, | : | Case No. 15-10445-TPA |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Doc. No. 75 |
| Maria A Stitt, | : | |
| SS. No. (xxx-xx-2750) | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Commonwealth of Pennsylvania | : | |
| Bureau of Com. Payroll Operations, | : | |
| Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named debtors have filed a Chapter 13 petition and the debtor has moved to attach wages to fund the Chapter 13 plan

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

> COMMONWEALTH OF PENNSYLVANIA
> BUREAU OF COM. PAYROLL OPERATIONS
> ATTENTION: PAYROLL MANAGER
> PO BOX 8006
> HARRISBURG, PA 17105

shall deduct from said income the sum of $53.00 Bi-Weekly, for a monthly total of $115.00, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D. PA

PO Box 84051
Chicago, IL  60689-4002

   IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
   IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.
   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __20th__ day of ____December____ 2016

_____
U. S. BANKRUPTCY JUDGE  jlm
Western District of Pennsylvania

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10445-TPA
Maria A. Stitt                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jbre    Page 1 of 1    Date Rcvd: Dec 20, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
db        +Maria A. Stitt,   PO Box 9,   Crown, PA 16220-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association  agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Jennifer B. Hirneisen    on behalf of Creditor   Erie Community Credit Union jhirneisen@mijb.com, sburick@mijb.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein    on behalf of Creditor   PNC Bank, National Association sbraunstein@udren.com, vbarber@udren.com
      Stuart P. Winneg    on behalf of Creditor   PNC Bank, National Association swinneg@udren.com, cblack@udren.com
      Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com, tfryling@mercyhurst.edu
                                                                                                                                                                    TOTAL: 8