FILED
12/21/16 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Case No. 15-10445-TPA |
| | : | |
| **Maria A Stitt,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Maria A Stitt,** | : | |
| Movant | : | |
| Social Security No. xxx-xx-2750 | : | |
| vs. | : | |
| Shawntech Communications | : | Related to Docket No. 77 |
| Attention: Payroll Administrator | : | |
| Respondent | : | |
| and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Shawntech Communications.**

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this   21st   day of   December   , 2016.

_____  jlm

Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-10445-TPA
Maria A. Stitt                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: amaz        Page 1 of 1        Date Rcvd: Dec 21, 2016
                     Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db              +Maria A. Stitt,    PO Box 9,    Crown, PA 16220-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        Jennifer B. Hirneisen    on behalf of Creditor    Erie Community Credit Union jhirneisen@mijb.com,
     sburick@mijb.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com,
     donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
     sbraunstein@udren.com, vbarber@udren.com
        Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
     cblack@udren.com
        Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com,
     tfryling@mercyhurst.edu
                                                                                                                                      TOTAL: 9