**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 15-10445-TPA** |
| **Maria A Stitt,** | : | |
|       Debtors | : | **Chapter 13** |
| | : | |
| **Maria A Stitt,** | : | |
|       Movant | : | |
| S. S. No. xxx-xx- 2750 | : | **Related to Doc. No. 79** |
| | : | |
| v. | : | |
| **Shawntech Communications,** | : | **WO-1** |
|       Respondent | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 29, 2016, I served a copy of the above-captioned pleading and within Wage attachment **Order Terminating Payroll Deduction** dated December 21, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on December 29, 2016                  /s/ Shaina Little
                                                                           Shaina Little, Paralegal
                                                                           McElrath Legal Holdings, LLC
                                                                           1641 Saw Mill Run Boulevard
                                                                           Pittsburgh, PA 15210
                                                                           slittle@mcelrathlaw.com
                                                                           Tel: 412.765.3606
                                                                           Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Maria A Stitt
36256 Route 66
Crown, PA 16220

Shawntech Communications
Attention: Payroll Administrator
1700 Lyons Road C
Dayton, PA 45458