Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Maria A. Stitt** | Case No. 15−10445−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 91 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 10/14/20 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 31st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 91 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before September 14, 2020**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on ***October 14, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10445-TPA
Maria A. Stitt                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 300b           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db              #+Maria A. Stitt,    PO Box 9,    Crown, PA 16220-0009
cr               +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
cr               +Mitch A. Stitt,    648 Mays Road,    Clarion, PA 16214-5614
14031478        +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14031481       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14031480        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14336072         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14066580        +Erie Community Credit Union,    Carol F. Messenger, Payment Solutions Ma,    1129 State Street,
                 Erie, PA 16501-1911
14031485        +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14031486        +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14031487        +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046823        +Mitch Stitt,    980 Madden Drive,    Lucinda, PA 16235-1414
14034010       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:    First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14056005        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14116448        +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14046827        +PNC Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14031490        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046828        +Primary Health Network,    P.O. Box 716,    Sharon, PA 16146-0716
14031491        +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14031492        +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046835         UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14031479        +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14031482        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:39      Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
14031483        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:36:28      Cap1/Ymaha,
                 90 Christiana Rd,    New Castle, DE 19720-3118
14057882         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:54      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
14046819        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2020 04:29:02
                 Credit Collection Services,    Two Wells Avenue,    Dept. 9135,    Newton, MA 02459-3225
14031488        +E-mail/Text: bankruptcy@huntington.com Aug 01 2020 04:28:11      Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
14031484         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:34:51      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14046822        +E-mail/Text: support@ljross.com Aug 01 2020 04:27:35      L.J. Ross,    PO Box 6099,
                 Jackson, MI 49204-6099
14046824        +E-mail/Text: egssupportservices@alorica.com Aug 01 2020 04:28:30      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
14031489        +E-mail/Text: bankruptcynotices@psecu.com Aug 01 2020 04:28:48      P S E C U,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14093750         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14039376         E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14031493        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Jc Penney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
14031494        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14031495        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
14046834        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr              PNC Bank, National Association
```

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Jul 31, 2020
                               Form ID: 300b               Total Noticed: 38

cr*              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
14046814*       +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14046816*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14046815*       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14046817*       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
14046820*       +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14046821*       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046818*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card,    Po Box 15298,    Wilmington, DE 19850)
14046825*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14046826*       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046829*       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14046830*       +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046831*       +Syncb/Jc Penney Dc,    Po Box 965007,    Orlando, FL 32896-5007
14046832*       +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
14046833*       +Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Jennifer B. Hirneisen    on behalf of Creditor    Erie Community Credit Union jhirneisen@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                              TOTAL: 9
```