**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARIA A. STITT<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-10445 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/21/2015 and confirmed on 7/9/15. The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,022.12 |
| Less Refunds to Debtor | 161.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,860.45 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 299.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,999.38 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3393 | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7091 | | | | |
|   ERIE COMMUNITY CU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1005 | | | | |
|     ***NONE*** | | | | |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIA A. STITT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIA A. STITT | 161.67 | 161.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ***NONE*** | | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,718.67 | 575.95 | 0.00 | 575.95 |
|     Acct: 1998 | | | | |
|   ECMC(*) | 314.49 | 66.42 | 0.00 | 66.42 |
|     Acct: 2750 | | | | |
|   ECMC(*) | 123.10 | 26.00 | 0.00 | 26.00 |
|     Acct: 2750 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0244 | | | | |
|   BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5870 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,097.23 | 444.30 | 0.00 | 444.30 |
|     Acct: 2219 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

15-10445 TPA                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4055 | | | | |
|   CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1744 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 2,921.84 | 618.99 | 0.00 | 618.99 |
|     Acct: 6233 | | | | |
|   L ROSS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1332 | | | | |
|   MITCH STITT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0205 | | | | |
|   PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 3,162.74 | 670.03 | 0.00 | 670.03 |
|     Acct: 7493 | | | | |
|   ECMC(*) | 613.37 | 129.54 | 0.00 | 129.54 |
|     Acct: 2750 | | | | |
|   ECMC(*) | 461.58 | 97.48 | 0.00 | 97.48 |
|     Acct: 2750 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 1,096.80 | 232.36 | 0.00 | 232.36 |
|     Acct: 7262 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8096 | | | | |
| | | | | 2,861.07 |

TOTAL PAID TO CREDITORS                                                                                 2,861.07

   TOTAL CLAIMED
   PRIORITY            0.00
   SECURED             0.00
   UNSECURED      13,509.82

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   MARIA A. STITT<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>       vs.<br>   No Repondents. | Case No.:15-10445 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                         BY THE COURT:

                                                         _____
                                                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10445-TPA
Maria A. Stitt                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 2           Date Rcvd: Jul 31, 2020
                              Form ID: pdf900           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db            #+Maria A. Stitt,    PO Box 9,    Crown, PA 16220-0009
cr             +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
cr             +Mitch A. Stitt,    648 Mays Road,    Clarion, PA 16214-5614
14031478       +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14031481      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
14031480       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14336072        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14066580       +Erie Community Credit Union,    Carol F. Messenger, Payment Solutions Ma,    1129 State Street,
                 Erie, PA 16501-1911
14031485       +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14031486       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14031487       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046823       +Mitch Stitt,    980 Madden Drive,    Lucinda, PA 16235-1414
14034010      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:   First National Bank of Omaha,     1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14056005       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14116448       +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14046827       +PNC Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14031490       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046828       +Primary Health Network,    P.O. Box 716,    Sharon, PA 16146-0716
14031491       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14031492       +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046835        UPMC,   PO Box 371842,    Pittsburgh, PA 15250-7842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14031479       +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:16      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14031482       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:42      Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
14031483       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:55      Cap1/Ymaha,
                 90 Christiana Rd,    New Castle, DE 19720-3118
14057882        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:40      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
14046819       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2020 04:29:02
                 Credit Collection Services,    Two Wells Avenue,    Dept. 9135,    Newton, MA 02459-3225
14031488       +E-mail/Text: bankruptcy@huntington.com Aug 01 2020 04:28:12      Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
14031484        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:36:26      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14046822       +E-mail/Text: support@ljross.com Aug 01 2020 04:27:35      L.J. Ross,    PO Box 6099,
                 Jackson, MI 49204-6099
14046824       +E-mail/Text: egssupportservices@alorica.com Aug 01 2020 04:28:30      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
14031489       +E-mail/Text: bankruptcynotices@psecu.com Aug 01 2020 04:28:48      P S E C U,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14093750        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14039376        E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14031493       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Jc Penney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
14031494       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14031495       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
14046834       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr              PNC Bank, National Association
```

```
District/off: 0315-1              User: jmar                   Page 2 of 2                   Date Rcvd: Jul 31, 2020
                                  Form ID: pdf900              Total Noticed: 38

cr*              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
14046814*       +Aes/Psecu,    Po Box 61047,    Harrisburg, PA  17106-1047
14046816*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14046815*       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
14046817*       +Cap One Na,    Po Box 26625,    Richmond, VA  23261-6625
14046820*       +Erie Community Fcu,    1129 State St,    Erie, PA  16501-1911
14046821*       +Fnb Omaha,    Po Box 3412,    Omaha, NE  68103-0412
14046818*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase Card,    Po Box 15298,    Wilmington, DE 19850)
14046825*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA  17110-2990
14046826*       +Pnc Mortgage,    Po Box 8703,    Dayton, OH  45401-8703
14046829*       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD  57117-6283
14046830*       +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA  17106-1047
14046831*       +Syncb/Jc Penney Dc,    Po Box 965007,    Orlando, FL  32896-5007
14046832*       +Syncb/Jcp,    Po Box 965007,    Orlando, FL  32896-5007
14046833*       +Syncb/Walmart,    Po Box 965024,    Orlando, FL  32896-5024
                                                                                              TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Jennifer B. Hirneisen    on behalf of Creditor    Erie Community Credit Union jhirneisen@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                             TOTAL: 9
```