| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maria A. Stitt** | Social Security number or ITIN  **xxx−xx−2750** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15−10445−TPA** | | |

# Order of Discharge                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Maria A. Stitt

_9/22/20_                                   **By the court:**   <u>Thomas P. Agresti</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 15-10445-TPA
Maria A. Stitt                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha              Page 1 of 2              Date Rcvd: Sep 22, 2020
                              Form ID: 3180W          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
```
db            #+Maria A. Stitt,    PO Box 9,    Crown, PA 16220-0009
cr             +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
cr             +Mitch A. Stitt,    648 Mays Road,    Clarion, PA 16214-5614
14031478       +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14066580       +Erie Community Credit Union,    Carol F. Messenger, Payment Solutions Ma,    1129 State Street,
                 Erie, PA 16501-1911
14031485       +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14031486       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14031487       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046823       +Mitch Stitt,    980 Madden Drive,    Lucinda, PA 16235-1414
14034010      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,      1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14056005       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14116448       +PNC Bank, N.A.,     Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14046827       +PNC Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14031490       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046828       +Primary Health Network,    P.O. Box 716,    Sharon, PA 16146-0716
14031492       +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046835        UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:14     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM Sep 23 2020 07:53:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14031479       +EDI: GMACFS.COM Sep 23 2020 07:53:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14031481        EDI: BANKAMER.COM Sep 23 2020 07:53:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
14031480       +EDI: TSYS2.COM Sep 23 2020 07:53:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
14031482       +EDI: CAPITALONE.COM Sep 23 2020 07:53:00      Cap One Na,    Po Box 26625,
                 Richmond, VA 23261-6625
14031483       +EDI: CAPITALONE.COM Sep 23 2020 07:53:00      Cap1/Ymaha,    90 Christiana Rd,
                 New Castle, DE 19720-3118
14057882        EDI: CAPITALONE.COM Sep 23 2020 07:53:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14046819       +EDI: CCS.COM Sep 23 2020 07:53:00      Credit Collection Services,    Two Wells Avenue,
                 Dept. 9135,    Newton, MA 02459-3225
14336072        EDI: ECMC.COM Sep 23 2020 07:53:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14031488       +E-mail/Text: bankruptcy@huntington.com Sep 23 2020 04:22:16       Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
14031484        EDI: JPMORGANCHASE Sep 23 2020 07:53:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
14046822       +E-mail/Text: support@ljross.com Sep 23 2020 04:21:58       L.J. Ross,    PO Box 6099,
                 Jackson, MI 49204-6099
14046824       +E-mail/Text: egssupportservices@alorica.com Sep 23 2020 04:22:26       NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
14031489       +E-mail/Text: bankruptcynotices@psecu.com Sep 23 2020 04:22:38       P S E C U,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14093750        EDI: PRA.COM Sep 23 2020 07:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14039376        EDI: RECOVERYCORP.COM Sep 23 2020 07:53:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14031491       +EDI: SEARS.COM Sep 23 2020 07:53:00      Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14031493       +EDI: RMSC.COM Sep 23 2020 07:53:00      Syncb/Jc Penney Dc,    Po Box 965007,
                 Orlando, FL 32896-5007
14031494       +EDI: RMSC.COM Sep 23 2020 07:53:00      Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
14031495       +EDI: RMSC.COM Sep 23 2020 07:53:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
14046834       +EDI: RMSC.COM Sep 23 2020 07:53:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 23
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC Bank, National Association
cr              PNC Bank, National Association
```

```
District/off: 0315-1              User: nsha                Page 2 of 2               Date Rcvd: Sep 22, 2020
                                  Form ID: 3180W            Total Noticed: 40

cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
14046814*      +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14046816*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14046815*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14046817*      +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
14046820*      +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14046821*      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046818*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court:  Chase Card,    Po Box 15298,    Wilmington, DE 19850)
14046825*      +P S E C U,   1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14046826*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046829*      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14046830*      +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046831*      +Syncb/Jc Penney Dc,    Po Box 965007,    Orlando, FL 32896-5007
14046832*      +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
14046833*      +Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                     TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brian Nicholas    on behalf of Creditor    PNC Bank, National Association bnicholas@kmllawgroup.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Jennifer B. Hirneisen    on behalf of Creditor   Erie Community Credit Union jhirneisen@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                              TOTAL: 9
```