**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/22/20 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MARIA A. STITT

           Debtor(s)

  Ronda J. Winnecour
        Movant
     vs.
  No Repondents.

Case No.:15-10445 TPA

Chapter 13

Document No. 91

ORDER OF COURT

    **AND NOW**, this **22nd** day of **September, 2020,** upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

vas

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-10445-TPA
Maria A. Stitt                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha              Page 1 of 2              Date Rcvd: Sep 22, 2020
                              Form ID: pdf900        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.
```
db            #+Maria A. Stitt,   PO Box 9,   Crown, PA 16220-0009
cr             +Erie Community Credit Union,   1129 State Street,   Erie, PA 16501-1911
cr             +Mitch A. Stitt,   648 Mays Road,   Clarion, PA 16214-5614
14031478       +Aes/Psecu,   Po Box 61047,   Harrisburg, PA 17106-1047
14031481      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
14031480       +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
14336072        ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14066580       +Erie Community Credit Union,   Carol F. Messenger, Payment Solutions Ma,   1129 State Street,
                 Erie, PA 16501-1911
14031485       +Erie Community Fcu,   1129 State St,   Erie, PA 16501-1911
14031486       +First Natl Bk Of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
14031487       +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
14046823       +Mitch Stitt,   980 Madden Drive,   Lucinda, PA 16235-1414
14034010      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
               (address filed with court:  First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14056005       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14116448       +PNC Bank, N.A.,   Attn: Bankruptcy Department,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14046827       +PNC Mortgage,   Bankruptcy Department,   Mail: B6-YM07-01-8,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14031490       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
14046828       +Primary Health Network,   P.O. Box 716,   Sharon, PA 16146-0716
14031491       +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
14031492       +Slsc Pa State Emp Cr U,   Po Box 61047,   Harrisburg, PA 17106-1047
14046835        UPMC,   PO Box 371842,   Pittsburgh, PA 15250-7842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2020 04:24:36
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14031479       +E-mail/Text: ally@ebn.phinsolutions.com Sep 23 2020 04:21:46      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
14031482       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 23 2020 04:23:13      Cap One Na,
                 Po Box 26625,   Richmond, VA 23261-6625
14031483       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 23 2020 04:24:32      Cap1/Ymaha,
                 90 Christiana Rd,   New Castle, DE 19720-3118
14057882        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 23 2020 04:23:49      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC  28272-1083
14046819       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 23 2020 04:22:46
                 Credit Collection Services,   Two Wells Avenue,   Dept. 9135,   Newton, MA 02459-3225
14031488       +E-mail/Text: bankruptcy@huntington.com Sep 23 2020 04:22:16      Huntington National Ba,
                 7 Easton Oval,   Columbus, OH 43219-6060
14031484        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 23 2020 04:24:28      Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
14046822       +E-mail/Text: support@ljross.com Sep 23 2020 04:21:58      L.J. Ross,   PO Box 6099,
                 Jackson, MI 49204-6099
14046824       +E-mail/Text: egssupportservices@alorica.com Sep 23 2020 04:22:26      NCO Financial,
                 507 Prudential Road,   Horsham, PA 19044-2308
14031489       +E-mail/Text: bankruptcynotices@psecu.com Sep 23 2020 04:22:37       P S E C U,
                 1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14093750        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 23 2020 04:23:53
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14039376        E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2020 04:23:52
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14031493       +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 04:23:44      Syncb/Jc Penney Dc,
                 Po Box 965007,   Orlando, FL 32896-5007
14031494       +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 04:23:44      Syncb/Jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
14031495       +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 04:23:45      Syncb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14046834       +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 04:24:30      Synchrony Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                               TOTAL: 17
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr              PNC Bank, National Association
```

```
District/off: 0315-1                  User: nsha                    Page 2 of 2                  Date Rcvd: Sep 22, 2020
                                      Form ID: pdf900               Total Noticed: 38

cr*              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
14046814*       +Aes/Psecu,    Po Box 61047,    Harrisburg, PA 17106-1047
14046816*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14046815*       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14046817*       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
14046820*       +Erie Community Fcu,    1129 State St,    Erie, PA 16501-1911
14046821*       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14046818*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court:   Chase Card,    Po Box 15298,    Wilmington, DE 19850)
14046825*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14046826*       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14046829*       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14046830*       +Slsc Pa State Emp Cr U,    Po Box 61047,    Harrisburg, PA 17106-1047
14046831*       +Syncb/Jc Penney Dc,    Po Box 965007,    Orlando, FL 32896-5007
14046832*       +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
14046833*       +Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                               TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brian  Nicholas    on behalf of Creditor    PNC Bank, National Association bnicholas@kmllawgroup.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Jennifer B. Hirneisen    on behalf of Creditor    Erie Community Credit Union jhirneisen@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Maria A. Stitt ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              Tina M. Fryling    on behalf of Creditor Mitch A. Stitt tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                               TOTAL: 9
```